## AFFIDAVIT OF SERVICE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | Civil Action No.: 11-CIV-1080<br>Dated: 2/16/2011 |

---------------------------------------------------------------X

**ERGON, INC. and ERGON ASPHALT & EMULSIONS, INC.,**

                          Plaintiffs,

- against -

**NYMAGIC, INC., NEW YORK MARINE AND GENERAL INSURANCE COMPANY, MUTUAL MARINE OFFICE, INC. and MUTUAL MARINE OFFICE OF THE MIDWEST, INC.,**

                          Defendants.

---------------------------------------------------------------X

Attorney: **Anderson Kill & Olick, P.C.**
1251 Avenue of the Americas
42nd Floor
New York, New York 10020
212-278-1000

STATE OF NEW YORK, COUNTY OF NASSAU; SS:

The undersigned being duly sworn, deposes and says:

I, **Corey Guskin**, am not a party to this action, I am over 18 years of age, and I reside in the County of Nassau, in the State of New York.

That on Friday, March 25, 2011, at 1:47 P.M. deponent **served** the within **Summons in a Civil Case, Complaint (Jury Trial Demanded), Rule 7.1 Statement, Civil Cover Sheet and No. 11 Civ. 1080 (LTS)(FM) Initial Conference Order**

Upon:       **Mutual Marine Office, Inc.**
Located at:  919 Third Avenue, 10th Floor, New York, New York 10022

### Corporate Service:

A corporation, by delivering there at a true copy of the aforesaid documents to **Mutual Marine Office, Inc., personally**, deponent knew said corporation so served to be the corporation described in said Summons in a Civil Case and Complaint and knew said individual to be **Natasha Romero** – Administration, thereof and she stated that she was authorized to accept service of process for Mutual Marine Office, Inc.

Natasha Romero's Description: Caucasian, White Skin, Female, Bleached Blonde Hair, 28 Years Old, 5'8", 135 Lbs and seated

                                                    **Corey Guskin**

                                                    License # 1094475

Sworn to before me this 25th day of March, 2011

Notary Public

Joan Guskin
Notary Public State of New York
No. 01GU6230103
Qualified in Nassau County
Commission Expires Nov,1 20 1Y