# AFFIDAVIT OF SERVICE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | Civil Action No.: 11-CIV-1080<br>Dated: 2/16/2011 |

-----------------------------------------------------------------X

ERGON, INC. and ERGON ASPHALT & EMULSIONS, INC.,

                Plaintiffs,

- against -

NYMAGIC, INC., NEW YORK MARINE AND GENERAL
INSURANCE COMPANY, MUTUAL MARINE OFFICE, INC.
and MUTUAL MARINE OFFICE OF THE MIDWEST, INC.,

                Defendants.
-----------------------------------------------------------------X

Attorney: **Anderson Kill & Olick, P.C.**
1251 Avenue of the Americas
42nd Floor
New York, New York 10020
212-278-1000

STATE OF NEW YORK, COUNTY OF NASSAU; SS:

The undersigned being duly sworn, deposes and says:

I, **Corey Guskin**, am not a party to this action, I am over 18 years of age, and I reside in the County of Nassau, in the State of New York.

That on Friday, March 25, 2011, at 1:47 P.M. deponent **served** the within **Summons in a Civil Case, Complaint (Jury Trial Demanded), Rule 7.1 Statement, Civil Cover Sheet and No. 11 Civ. 1080 (LTS)(FM) Initial Conference Order**

Upon:     **Mutual Marine Office of the Midwest, Inc.**
Located at:   919 Third Avenue, 10th Floor, New York, New York 10022

### Corporate Service:

A corporation, by delivering there at a true copy of the aforesaid documents to **Mutual Marine Office of the Midwest, Inc., personally**, deponent knew said corporation so served to be the corporation described in said Summons in a Civil Case and Complaint and knew said individual to be **Natasha Romero** – Administration, thereof and she stated that she was authorized to accept service of process for Mutual Marine Office of the Midwest, Inc.

Natasha Romero's Description: Caucasian, White Skin, Female, Bleached Blonde Hair, 28 Years Old, 5'8", 135 Lbs and seated

                          Corey Guskin
                          */s/ Corey Guskin*
                          License # 1094475

Sworn to before me this 25th day of March, 2011

*/s/ Joan Guskin*

Notary Public

Joan Guskin
Notary Public State of New York
No. 01GU6230103
Qualified in Nassau County
Commission Expires Nov, 1 20 14