UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERGON, INC. and ERGON ASPHALT & EMULSIONS, INC., | Civil Action No. 11-CIV-1080(LTS)(FM) |
| Plaintiffs, | **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |
| - against - | |
| NYMAGIC, INC., NEW YORK MARINE AND GENERAL INSURANCE COMPANY, MUTUAL MARINE OFFICE, INC. and MUTUAL MARINE OFFICE OF THE MIDWEST, INC., | USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 0 4 APR 2011 |
| Defendants. | |

Upon the motion of Kanishka Agarwala, Esq., attorney for Plaintiffs, Ergon, Inc. and Ergon Asphalt & Emulsions, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Alexander D. Hardiman
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 278-1588 - Fax: (212) 278-1733
E-mail: ahardiman@andersonkill.com

is admitted to practice *pro hac vice* as counsel for Plaintiffs, Ergon, Inc. and Ergon Asphalt & Emulsions, Inc., in the above captioned case in the United States District Court of the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: ~~March~~ April 4, 2011
New York, New York

_____
United States District Judge

NYDOCS1-964509.1