UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERGON, INC. and ERGON ASPHALT & EMULSIONS, INC.,<br><br>Plaintiffs,<br><br>- against -<br><br>NYMAGIC, INC., NEW YORK MARINE AND GENERAL INSURANCE COMPANY, MUTUAL MARINE OFFICE, INC. and MUTUAL MARINE OFFICE OF THE MIDWEST, INC.,<br><br>Defendants. | No. 1:11-cv-01080-LTS |

## NOTICE OF APPEARANCE

To The Clerk of the District Court:

    Kindly enter my appearance as counsel in this case for Plaintiffs ERGON, INC. and ERGON ASPHALT & EMULSIONS, INC.

    I certify that I am admitted to practice in this court.

Dated: May 13, 2011              ANDERSON KILL & OLICK, P.C.

                                      By: /s/ Carrie L. Maylor
                                          Carrie L. Maylor, Esq.
                                          1251 Avenue of the Americas
                                          New York, NY 10020
                                          Telephone: 212-278-1000
                                          Facsimile: 212-278-1733

                                          *Attorneys for Plaintiffs Ergon Inc. and*
                                          *Ergon Asphalt & Emulsions, Inc.*

NYDOCS1-967747.1