UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERGON, INC. and ERGON ASPHALT & EMULSIONS, INC., | Case No. 11 CIV 1080 (LTS)(FM) |
| Plaintiffs, | |
| v. | **FRCP DISCLOSURE STATEMENT PURSUANT TO RULE 7.1** |
| NYMAGIC, INC., NEW YORK MARINE AND GENERAL INSURANCE COMPANY, MUTUAL MARINE OFFICE, INC., and MUTUAL MARINE OFFICE OF THE MIDWEST, INC., | |
| Defendants. | |

Defendant, New York Marine and General Insurance Company, by its managing general agent and attorney-in-fact ProSight Specialty Management Company, Inc., formerly known as Mutual Marine Office, Inc., by its attorneys, SMITH, STRATTON, WISE, HEHER & BRENNAN, LLP, in compliance with Federal Civil Rule 7.1.

ProSight Specialty Insurance Group, Inc. is the parent corporation of New York Marine and General Insurance Company. There is no publicly held corporation that owns 10% or more of the stock in New York Marine and General Insurance Company.

Dated:   New York, New York
         May 16, 2011

                                    SMITH, STRATTON, WISE, HEHER
                                    & BRENNAN, LLP

                         By:    _____
                                    Patrick J. Dwyer, Esq.
                                    100 Park Avenue
                                    Suite 1600
                                    New York, New York 10017
                                    212-768-3878

> <u>pdwyer@smithstratton.com</u>
> Attorneys for New York Marine and General Insurance Company, by its managing general agent and attorney-in-fact ProSight Specialty Management Company, Inc., formerly known as Mutual Marine Office, Inc.