UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERGON, INC. and ERGON ASPHALT & EMULSIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NYMAGIC, INC., NEW YORK MARINE AND GENERAL INSURANCE COMPANY, MUTUAL MARINE OFFICE, INC., and MUTUAL MARINE OFFICE OF THE MIDWEST, INC., <br><br> Defendants. | Case No. 11 CIV 1080 (LTS)(FM) <br><br><br> **AFFIDAVIT OF SERVICE** |

Patrick J. Dwyer, of full age, being duly sworn according to law, hereby deposes and says:

1. I am an attorney-at-law of the State of New York and am a member of the firm of Smith, Stratton, Wise, Heher & Brennan, LLP, attorneys for New York Marine and General Insurance Company, by its managing general agent and attorney-in-fact ProSight Specialty Management Company, Inc., formerly known as Mutual Marine Office, Inc., in the above-captioned matter.

2. I have, this date, caused a copy of the Answer and Disclosure Statement Pursuant to Rule 7.1 to be served via the court's ECF system.

Dated: New York, New York
May 16, 2011

SMITH, STRATTON, WISE, HEHER
& BRENNAN, LLP

By:   /s/Patrick J. Dwyer
      Patrick J. Dwyer, Esq.
      100 Park Avenue

Suite 1600
New York, New York 10017
212-768-3878
pdwyer@smithstratton.com
Attorneys for New York Marine and General Insurance Company, by its managing general agent and attorney-in-fact ProSight Specialty Management Company, Inc., formerly known as Mutual Marine Office, Inc.

2