UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ERGON, INC. and ERGON ASPHALT & EMULSIONS, INC., | : | Case No. 11 CIV 1080 (LTS)(FM) |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | **FRCP DISCLOSURE STATEMENT** |
| | : | **PURSUANT TO RULE 7.1** |
| NYMAGIC, INC., NEW YORK MARINE AND GENERAL INSURANCE COMPANY, MUTUAL MARINE OFFICE, INC., and MUTUAL MARINE OFFICE OF THE MIDWEST, INC., | : | |
| | : | |
| Defendants. | : | |

Defendant, ProSight Specialty Management Company, Inc., formerly known as Mutual Marine Office, Inc. and Mutual Marine Office of the Midwest Inc., by its attorneys, SMITH, STRATTON, WISE, HEHER & BRENNAN, LLP, in compliance with Federal Civil Rule 7.1.

ProSight Specialty Insurance Group, Inc. is the parent corporation of ProSight Specialty Management Company, Inc.  There is no publicly held corporation that owns 10% or more of the stock in ProSight Specialty Management Company, Inc.

Dated:      New York, New York
            May 16, 2011

                                        SMITH, STRATTON, WISE, HEHER
                                        & BRENNAN, LLP

                        By:     _____
                                        Patrick J. Dwyer, Esq.
                                        100 Park Avenue
                                        Suite 1600
                                        New York, New York 10017
                                        212-768-3878

2

pdwyer@smithstratton.com
Attorneys for ProSight Specialty Management
Company, Inc., formerly known as Mutual
Marine Office, Inc. and Mutual Marine Office of
the Midwest Inc.