UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERGON, INC. and ERGON ASPHALT & EMULSIONS, INC., | Case No. 11 CIV 1080 (LTS)(FM) |
| Plaintiffs, | |
| v. | **AFFIDAVIT OF SERVICE** |
| NYMAGIC, INC., NEW YORK MARINE AND GENERAL INSURANCE COMPANY, MUTUAL MARINE OFFICE, INC., and MUTUAL MARINE OFFICE OF THE MIDWEST, INC., | |
| Defendants. | |

Patrick J. Dwyer, of full age, being duly sworn according to law, hereby deposes and says:

1. I am an attorney-at-law of the State of New York and am a member of the firm of Smith, Stratton, Wise, Heher & Brennan, LLP, attorneys for ProSight Specialty Management Company, Inc., formerly known as Mutual Marine Office, Inc. and Mutual Marine Office of the Midwest Inc., in the above-captioned matter.

2. I have, this date, caused a copy of the Answer and Disclosure Statement Pursuant to Rule 7.1 to be served via the court's ECF.

Dated: New York, New York
May 16, 2011

SMITH, STRATTON, WISE, HEHER
& BRENNAN, LLP

By: _____
Patrick J. Dwyer, Esq.
100 Park Avenue
Suite 1600

        New York, New York 10017
        212-768-3878
        <u>pdwyer@smithstratton.com</u>
        Attorneys for ProSight Specialty Management Company, Inc., formerly known as Mutual Marine Office, Inc. and Mutual Marine Office of the Midwest Inc.