```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 13 JUN 2011
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERGON, INC. and ERGON ASPHALT & EMULSIONS, INC.,

   Plaintiffs,

v.

NYMAGIC, INC., NEW YORK MARINE AND GENERAL INSURANCE COMPANY, MUTUAL MARINE OFFICE, INC. and MUTUAL MARINE OFFICE OF THE MIDWEST, INC.

   Defendants.

Civil Action No. 11-CV-1080(LTS)(FM)

**ORDER FOR ADMISSION**
*PRO HAC VICE*
**ON WRITTEN MOTION**

---

  Upon the motion of **NAMED DEFENDANTS** Patrick Dwyer, Esq., attorney for Defendant Mutual Marine Office, Inc. and Mutual Marine Office of the Midwest, Inc., and Patrick Dwyer's affidavit in support thereof;

  **IT IS HEREBY ORDERED** that:

    Richard J. Orr, Esq.
    Smith, Stratton, Wise, Heher & Brennan, LLP
    2 Research Way
    Princeton, NJ 08540
    (609) 924-6000
    rorr@smithstratton.com

is admitted to practice *pro hac vice* as counsel for **NAMED DEFENDANTS** in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of

this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for a ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
~~April~~ ___, 2011
June 13

_____
United States District/~~Magistrate~~ Judge