UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Ergon, Inc.,

                     Plaintiff(s),

    -v-

New York Marine,

                     Defendant(s).
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#: _____
DATE FILED: 24 JUN 2011

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

11 Civ. 1080 (LTS)(FM)

LAURA TAYLOR SWAIN, District Judge

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ _____ | ___ | Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | | Purpose:_____ |
| ___ | Settlement* (Principals to participate as required by Magistrate Judge) | ___ | Habeas Corpus |
| | | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:_____ |
| | | | All such motions: ____ |

* Do not check if already referred for general pretrial.

**SO ORDERED**.

DATED:    New York, New York
                 June 24, 2011

                                       LAURA TAYLOR SWAIN
                                       United States District Judge